IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACQUELINE FRISCIA, and all other persons similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DOHERTY ENTERPRISES, INC., d/b/a PANERA BREAD COMPANY,<br><br>    Defendant. | 2:16-cv-03754-ES-MAH<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41(a), the undersigned voluntarily dismisses this claim as to Defendant Doherty Enterprises, Inc., d/b/a Panera Bread Company, without prejudice, each party to bear their own fees and costs.

/s Andrew I. Glenn
Andrew I. Glenn
New Jersey Bare No.: 626491992
E-mail: Aglenn@jaffeglenn.com
Jodi J. Jaffe, Esquire
New Jersey Bar No.: 022351993
E-mail: Jjaffe@JaffeGlenn.com
JAFFE GLENN LAW GROUP, P.A.
301 North Harrison Street
Suite 9F, #306
Princeton, New Jersey 08540
Attorneys for Plaintiff

*So Ordered*
*[signature], USDJ*
*7/21/16*

1