# SEYFARTH SHAW

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
fax (212) 218-5526
www.seyfarth.com

Writer's direct phone
(212) 218-3332

Writer's e-mail
hwexler@seyfarth.com

April 16, 2018

**VIA CM/ECF**
The Hon. Steven C. Mannion
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07101

Re:    **Joint Letter from Counsel Regarding Settlement Conference**
       *Friscia v. Panera Bread Company, et al.*, **Case No. 2:16-cv-03754-ES-SCM**

Dear Judge Mannion:

Pursuant to Your Honor's Judicial Preferences, the parties in the above-referenced action jointly request that the Court reschedule the parties' in-person conference, which is currently scheduled for May 10, 2018. (Text Order, Apr. 6, 2018, Dkt. 60.) The parties propose the conference be rescheduled for May 23, May 30; or May 31, 2018—with a strong preference for May 23rd.

We appreciate the Court's time and consideration. Should Your Honor have any questions or concerns, please do not hesitate to let us know.

Respectfully submitted this 16th day of April, 2018.

*\* The conference is rescheduled to 5/23/18 at 10:00 A.M.*

SO ORDERED
s/*Steven C. Mannion*
Steven C. Mannion, U.S.M.J.
Date: 4/18/18

45803931v.1

WASHINGTON, D.C.   SYDNEY   SHANGHAI   SAN FRANCISCO   SACRAMENTO   NEW YORK   MELBOURNE   LOS ANGELES   LONDON   HOUSTON   CHICAGO   BOSTON   ATLANTA